IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY MILNER, SR.                                                                           PLAINTIFF

vs.                                    Civil No. 4:10-cv-4130

DANNY MARTIN, Sheriff,
Nevada County; WAYNE KISINBURG,
Jail Administrator, Nevada County
Detention Center; OFFICER THOMSON,
Prescott Police Department; and JUDGE
DUNCAN CULPEPPER, Nevada County
Circuit Court                                                                               DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed October 28, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends the dismissal of Plaintiff's claims. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 17th day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge